Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax:  (818) 347-4118

Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:  (760) 243-9997
Fax:  (760) 843-8155

James S. Terrell, Esq. (SBN 170409)
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:  (760) 951-5850
Fax:  (760) 952-1085

*Attorneys for Plaintiff*, Justin Cody Harper

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHU, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 5:23-cv-00695-SSS-DTB<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**JOINT STIPULATION AND REQUEST FOR AN EXTENDED BREIFING SCHEDULE AND CONTINUATION OF THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

-1-

COME NOW Plaintiff Justin Harper and Defendants City of Redlands and Nicholas Koahu and hereby stipulate and request as follows:

1. On December 12, 2024, counsel for Defendants and counsel for Plaintiff met and conferred by Zoom regarding Defendants' anticipated Motion for Summary Judgment. During the meet and confer, counsel discussed the substantive issues to be addressed in the Parties' briefing on the Motion for Summary Judgment. Counsel also discussed the briefing schedule pertaining to the Motion for Summary Judgment and their interest in modifying the briefing schedule to accommodate holiday travel and prescheduled vacation plans.

2. Currently, Defendants' Motion for Summary Judgment is to be filed no later than December 20, 2024, Plaintiff's opposition to Defendants' Motion for Summary Judgment is to be filed no later than January 3, 2025, and Defendants' reply brief is to be filed no later than January 10, 2025.

3. The Parties submit that GOOD CAUSE exists to modify this briefing schedule, as follows:

    a. Plaintiff's 14-day period to oppose Defendants' Motion for Summary Judgment includes the following federal holidays and/or office closures: December 24, 2024; December 25, 2024, January 1, 2025. This 14-day period also includes four weekend days.

    b. Plaintiff's lead counsel, Dale K. Galipo, will be out of town visiting family for the holidays during a significant portion of Plaintiff's 14-day period to oppose Defendants' Motion for Summary Judgment.

    c. Defendants' lead counsel, Scott Wm. Davenport, will be out of the office starting January 10, 2025, and returning January 21, 2025.

    d. This Request shall not impact the trial date in this case.

4. THEREFORE, the Parties jointly request that this Court modify the briefing schedule as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Last Day to File Motion for Summary Judgment | 12/20/2024 | No change |
| Last Day to Oppose the Motion for Summary Judgment | 1/03/2025 | 1/17/2025 |
| Last Day to Reply | 01/10/2025 | 1/31/2025 |
| Hearing on Motion for Summary Judgment | 02/07/2025 | 2/28/2025 |

IT IS SO STIPULATED.

DATED: December 13, 2024        LAW OFFICES OF DALE K. GALIPO

By: _____*/s/ Dale K. Galipo*_____
Dale K. Galipo
Renee V. Masongsong
Attorney for Plaintiff

DATED: December 13, 2024        JONES MAYER LAW

By: _____*/s/ Scott Wm. Davenport*_____
Scott Wm. Davenport
Attorney for Defendants

-3-
JOINT STIPULATION AND REQUEST FOR AN EXTENDED BREIFING SCHEDULE AND CONTINUATION OF THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT