# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHU, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 5:23-cv-00695-SSS-DTBx<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST FOR AN EXTENDED BRIEFING SCHEDULE AND CONTINUATION OF THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

HAVING REVIEWIED the Parties' Joint Stipulation and Request for an Extended Briefing Schedule and Continuation of the Hearing on Defendants' Motion for Summary Judgment, and GOOD CAUSE having been shown, it is HEREBY ORDERED that the dates shall be extended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Last Day to File Motion for Summary Judgment | 12/20/2024 | No change |

| Last Day to Oppose the Motion for Summary Judgment | 1/03/2025 | 1/17/2025 |
|---|---|---|
| Last Day to Reply | 01/10/2025 | 1/31/2025 |
| Hearing on Motion for Summary Judgment | 02/07/2025 | 2/28/2025, at 2:00 p.m. |

DATED: December 17, 2024

UNITED STATES DISTRICT COURT

By: _____
HON. SUNSHINE S. SYKES

-2-
ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST FOR AN EXTENDED BRIEFING SCHEDULE AND CONTINUATION OF THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT