# *EXHIBIT* "H"

## HYPERTEXT LINKS TO AUDIO AND VIDEO EXHIBITS

*(ALSO MANUALLY LODGED)*

### H-1: BELT-AUDIO

### H-2: BYSTANDER VIDEO

### H-3: BELT WITH VIDEO