# Mary Kate Becerra

| | |
|---|---|
| **From:** | rvalentine@galipolaw.com |
| **Sent:** | Wednesday, December 18, 2024 9:25 AM |
| **To:** | Scott W. Davenport |
| **Subject:** | RE: Harper MSJ - Meet and Confer re: Proposed Stip to Authenticity of Audio & Video Evidence |

> **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Hi Scott,

I just spoke to Dale, and we will stipulate to the authenticity of the cell phone video and the belt recorder.

Renee

**From:** Scott W. Davenport <swd@jones-mayer.com>
**Sent:** Wednesday, December 18, 2024 9:21 AM
**To:** rvalentine@galipolaw.com
**Subject:** Re: Harper MSJ - Meet and Confer re: Proposed Stip to Authenticity of Audio & Video Evidence

Thanks.  I am working on an early filing for tomorrow.  I hate waiting until the last day.


> On Dec 18, 2024, at 8:55 AM, rvalentine@galipolaw.com wrote:

> **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

> Hi Scott, let me confirm with Dale this morning.
>
> Renee
>
> **From:** Scott W. Davenport <swd@jones-mayer.com>
> **Sent:** Wednesday, December 18, 2024 8:09 AM
> **To:** rvalentine@galipolaw.com
> **Subject:** Re: Harper MSJ - Meet and Confer re: Proposed Stip to Authenticity of Audio & Video Evidence
>
> Hey Renee - wanted to follow up on this.  Any word?

On Dec 17, 2024, at 10:39 AM, Scott W. Davenport <swd@jones-mayer.com> wrote:

Will you stipulate to the authenticity of the belt-worn audio and the bystander video? I figure we will likely both be using both of these and the Court's pre-trial order seems to encourage this.