

Robert McFarlane                                                                                                     925-655-8433
16027 Redington Drive
Redington Beach, FL 33708
Robert@DigitalFVA.com

# CURRICULUM VITAE
### Rev. November 12, 2024

**EMPLOYMENT HISTORY**

**Forensic Video Analyst**
Digital FVA, LLC
Redington Beach, FL (November 2023 – Current. Formerly McFarlane FVA)
Parker, CO (Nov 2021 – November 2023)
Jackson, CA (2019-Nov 2021)

- Forensic video analysis
- Media conversions
- Still-frame video capture
- Photo and video clarification
- Video slow motion, spotlighting, time and frame counters
- Production of color photo exhibits/prints/enlargements
- Production of custom annotated photo/video trial exhibits
- Case and/or trial preparation meetings and consultation
- Audio analysis
- Report Writing
- Photogrammetry

**Investigator, Video Technician, Video Analyst, Litigation Support**
Rains Lucia Stern St. Phalle & Silver, PC
Pleasant Hill, CA
2009-2019

- Witness location and interview
- Litigation support
- Investigations

- Forensic Video Technician and Analyst

**Security Company Entrepreneur**
Camden Security Services
Sacramento, CA
March 2017-July 2018

- Create startup security for grocery store and retail clients throughout the SF Bay Area
- Proposals and contracts
- Human Resources
- Copywriting materials

**Real Estate Appraiser**
Apex Appraisals
2490 Ascension Drive
San Ramon, CA 94583
2004-2009

- Inspect homes, CAD drawings of interior/exterior of homes, conduct real estate market analysis and provide an unbiased opinion of value for mortgage lending purposes
- Train new appraisers
- Conduct appraisal report review for lenders

**Police Officer/Investigator**
Oakland Police Department
Oakland, CA 64607
1992-2004

- Community Policing, street level drug enforcement duties, search warrant preparation and service, surveillance, and informant management
- Tactical Team – Entry Team Member
- Vice Narcotics investigator. Conducted complex criminal investigations ranging from drug trafficking, gangs, identity theft, and welfare fraud to homicide. Investigations included but were not limited to copious notes detailing surveillance, informant management, undercover drug buy operations, suspect/witness interviews and video surveillance
- Beat Health Unit. Assist Oakland City Attorney's office with blight issues involving abandoned properties used for illicit activity. Assist in case preparation and property seizure process
- General Law enforcement patrol officer duties

**Staff Sergeant**
United States Air Force
Worldwide
1984-1992

- Weapons Systems Security Supervisor
- General USAF Security Specialist duties including law enforcement and armorer

**ACADEMIC BACKGROUND**

Rev. November 12, 2024

2

**Bachelor of Science Degree**
Major in Criminal Justice Management
Union Institute and University
Cincinnati, OH 45206

**Medex Examiner Training Course**
MEDEX Forensics
September 11-12, 2023 (16 hours)

Video authentication and source identification training.

- Identification of device that originally created/transmitted a video file
- Understanding video file metadata
- Deepfake video detection
- Social media / cloud stored video considerations
- Articulating expert results

**Forensic Audio Fundamentals**
Law Enforcement and Emergency Services Video Analyst Association, International ("LEVA")
May 15-19, 2023 (40 hours)

Principles of recorded sound, basic processing techniques, and best practices for working with, and clarifying digital audio. Improve audio recording issues with currently available software tools, including an in-depth review of the iZotope RX software features and processes.

Audio Core Competencies

- Basic Terminology / Concepts
- Science and Physics of Sound
- Speech Characteristics
- Types and Makeup of Noise
- Fundamentals of Recording and Playback Devices
- Analog vs. Digital Considerations
- Viewing Audio Signal and Analysis
- Basic Audio Processing techniques
- Critical Listening

Working with Audio

- Overview of Software Tools
- Equipment Configuration / Verification
- Preliminary Examination / Basic Enhancement Techniques
- Special Considerations for Audio from Video Files
- Audio Enhancement Workflow

Forensic Audio Best Practices

- Audio Evidence Handling

Rev. November 12, 2024

3

- Documentation
- Court Issues
- Standards
- Resources

**Advanced Forensic Video Analysis & The Law – Level 4**
Law Enforcement and Emergency Services Video Analyst Association, International ("LEVA")
January 16 – 20, 2023 (40 hours)

- This course is primarily hands-on in which students process video evidence, write a report and present it in a moot court. This 40-hour advanced level of instruction focuses on case law and relevant issues as well as advanced forensic video analysis techniques. There is considerable discussion of the legal issues surrounding the seizure and examination of digital CCTV images.
- Bias awareness
- Compare and contrast
- Forensic imagery interpretation
- Analysis reporting
- Interpolation basics
- Expert reports / Legal update
- Review of recent court cases on image interpretation

**AMPED FIVE**
**Forensic Imaging and Video Enhancement**
**Blake Sawyer and Melissa Kimbrell**
August 22-26, 2022 (20 hours)

- Hands-on forensic image software training
- Image enhancement
- Media file information
- Synchronizing video files
- Exhibit creation

**Courtroom Testimony for Expert Witnesses**
Jonathan W. Hak, Q.C.
June 7-9, 2021 (24 hours)

- Preparation for courtroom testimony
- Drafting expert reports
- Peer review
- The role of prosecutor, defense attorney, judge and jury
- Trial procedure
- Expert witness bias
- Drafting a Curriculum Vitae
- The role of the expert witness
- Direct and cross examination strategies
- Daubert Hearings

- The role of the expert witness when there is an opposing expert
- Moot court practice

**Adobe Photoshop for Forensic Video Analysis**
Law Enforcement and Emergency Services Video Analyst Association, International ("LEVA")
June 1-4, 2021 (32 hours)

- Best practices
- Court issues
- Digital image workflow
- Basics of Digital Imaging Theory
- Computer and monitor setup
- Adobe bridge
- Pixel aspect ratio
- Photoshop actions
- Deinterlacing images
- Basic and complex image adjustments
- Frame averaging
- Image output – reports, PDF documents, Court presentations
- Working with video in Photoshop
- Workflow exercises

**The Principles of Forensic Video/Image Compare and Contrast – Level 3**
Law Enforcement and Emergency Services Video Analyst Association, International ("LEVA")
March 29 - April 2, 2021 (40 hours)

- Concepts of compare and contrast
- Scientific method ACE-VR - Analysis
- Bias and the implications
- Vehicle compare and contrast
- Clothing compare and contrast
- Creating visuals
- Presenting reports in court
- Forensic comparison and the law
- Compare and contrast labs

**Introduction to Adobe Photoshop for Forensic Professionals**
Future Media Concepts
FMC Online
March 18-19, 2021 (16 hours)

- This 2-day course is an introduction to Adobe Photoshop for forensic professionals
- Learning and understanding of Adobe Photoshop, the Photoshop workspace, tools and techniques, and will explore best practice procedures
- The course is a combination of instructor-led demonstration and hands-on practice

**Processing Digital Multimedia Evidence (DME) – Level 2**
Law Enforcement and Emergency Services Video Analyst Association, International ("LEVA")
Online CVFT (Certified Forensic Video Technician) Course
January 25-29, 2021 (40 hours)

- Proper handling and processing of DME
- Best practices for DME processing
- Ethics
- Principles of CCTV systems
- Data authentication and verification
- Audio theory
- Audio processing with Adobe Audition
- Digital image clarification
- Infrared light
- The scientific method
- Workflow and interrogation of DME
- Legal issues with digital video
- Problem solving with software tools
- Digital image authentication and tampering

**Forensic Video Analysis and the Law – Level 1**
LEVA
Online
January 11-15, 2021 (40 hours)

- Introduction to digital video
- Best practices for extraction of digital multi-media evidence ("DME")
- Compression theory
- Authentication and integrity verification
- File formats, CODECS, and containers
- Report writing
- Time calibration
- Freeware tools and consumer software tools
- Digital video concerns
- Media storage devices
- Ethics

**Force Science Institute Course for Force Science Analyst**
Force Science Institute
Concord, CA
February 4-8, 2019 (40 hours)

- Anatomy of the nervous system
- How memory works and memory distortions
- Understanding the human heart and sudden death

- Biomechanics surrounding high-stress, rapidly evolving deadly force encounters
- Vision systems
- The emotional component of crisis encounters and the investigatory implications
- Critical investigation issues
- Human factors
- Realistic de-escalation

**International Association for Identification ("IAI") Training Conference**
San Antonino, TX
July 29-August 3, 2018 (24 hours)

- Digital camera basics workshop
- Using forensic light sources
- Photographing crime scenes
- Photographic comparison
- Painting with Light
- Standing on the cutting edge of forensics, taking steps towards the future
- Alternate light source and photography
- Digital video file playback using open source

**Forensic Video Analysis and the Law – Level 1**
LEVA
Indianapolis, IN
March 14-18, 2016 (40 hours)

- Introduction to forensic video analysis
- Principles of CCTV (closed circuit television) systems
- Non-linear video editing
- Compression theory
- Authentication and integrity verification
- File formats, CODECS, and containers
- Freeware tools and consumer software tools
- Hashing (digital signatures)
- FVA workflow
- Adobe photoshop
- Ethics

**California POST Requalification Course**
Napa Valley College
Napa, CA
March 7-25, 2011

- Mandated curriculum for the Requalification Course is based on the training specifications developed for the Regular POST Basic Course

**Rev. November 12, 2024**

7

**PREVIOUS COURT EXPERIENCE**

1. *State of California v. Bradly Alford*
   County of Placer, Case No. 62-155251
   May 7, 2018
   Trial testimony in the field of forensic video analysis – synchronized matrix, image content analysis, analytic chronology
   Defense Witness (Baton Force)

2. *State of California v. Iyesia James*
   County of Solano, Case No. FCR 339865
   November 25, 2019
   Trial testimony in the field of forensic video analysis – surveillance video, identify an unknown metallic object in the hand of the accused
   Prosecution Witness (Stabbing Death)

3. *State of California v. Jason Fletcher*
   County of Alameda, Case No. 20-CR-011755
   June 29, 2021
   Preliminary hearing testimony in the field of forensic video analysis – synchronized matrix, image content analysis, compare unknown to known, distance measurements
   Defense Witness (OIS)

4. *Wolfgang Mountford v. City of Santa Monica*
   USDC Central District of California, Case No. 2:20-cv-7220 MCS (Ex)
   January 6, 2022
   Deposition Testimony in the field of forensic video analysis – single BWC, image content analysis, compare unknown to known
   Defense Witness (OIS)

5. *Greg Banks v. Michael Mortimer, et al.*
   USDC Northern District of California, Oakland Division, Case No. 4:18-cv-07391-HSG
   June 28, 2022
   Deposition Testimony in the field of forensic video analysis – synchronized duplex of two Nest security videos, image content analysis
   Defense Witness (OIS)

6. *People of the State of Michigan v. Gregory Bauer*
   State of Michigan 61st District Court, Case No. ORI: MIMI410045J
   September 2, 2022
   Trial testimony in the field as a forensic video technician – synchronized triplex of BWCs and Dashcam, image content analysis
   Defense Witness (OIS – Inadvertent Discharge)

Rev. November 12, 2024

8

7. *Freddie Quair v. County of Kings*
   USDC Eastern District of California, Case No. 1:20-cv-01793-NONO-SKO
   September 14, 2022
   Deposition Testimony in the field of forensic video analysis – image content analysis, enlarged and slow-motion exhibits
   Defense Witness (OIS)

8. *People of the State of Michigan v. Christopher Schurr*
   State of Michigan 61st District Court, Case No. ORI: MI- MI410025J
   October 27, 2022
   Preliminary Hearing testimony in the field as a forensic video analyst – synchronized triplex of BWCs and cell phone videos, video exhibit with transcript overlay, image content analysis, and review of State's FVA report and analysis
   Defense Witness (OIS)

9. *People of the State of Texas v. Carmen Decruz*
   State of Texas, Bell County Court at Law 1, Case No. 81938
   February 2-3, 2023
   Jury Trial testimony in the field as a forensic video analyst – synchronized duplex of BWC and dashcam videos, image content analysis, compare unknown to known
   Defense Witness (OIS - Inadvertent Discharge)

10. *Tiffany Tabares v. City of Huntington Beach*
    United States District Court, Central District of California, Case No. 8:18-cv-00821-JLS-JDE
    May 25, 2023
    Deposition testimony in the field as a forensic video analyst – synchronized matrix of BWC and cell phone videos, image content analysis, audio clarification and enhancement
    Defense Witness (OIS)

11. *Angelina Atabekova-Michaelidis et al, vs. City of Los Angeles, California.*
    United States District Court, Central District of California, Civil Case No. 2:22-cv-05620-MCS-MAAx
    July 19, 2023
    Deposition testimony in the field as a forensic video analyst – synchronized matrix of six BWC videos, image content analysis and timeline of less-lethal and lethal shots fired
    Defense Witness (OIS)

12. *Maria Cassandra Quinto-Collins vs. City of Antioch, California, et al.*
    United States District Court, Northern District of California, Civil Case No. 4:21-cv-06094-KAW
    August 30, 2023
    Deposition testimony in the field as a forensic video analyst – synchronized matrix numerous Arlo and Ring security video and a cell phone video. Compare unknown to known images of responding officers

Defense Witness (In-custody Death)

13. *Ellen Williams vs. City of Pleasanton, California.*
    United States District Court, Northern District of California, Civil Case No. 3:20-cv-08720-WHO
    September 7, 2023
    Deposition testimony in the field as a forensic video analyst – synchronized matrix numerous body worn camera videos (1:26 hour matrix video), slow motion video and UOF identification trimmed video
    Defense Witness (Force Used to Effectuate an Arrest)

14. *Tracey Pachote vs. Contra Costa County, California*
    United States District Court, Northern District of California, Case No. 3:21-cv-04097-SK
    September 13, 2023
    Deposition testimony in the field as a forensic video analyst – bystander cell phone video recording stabilization, spotlight and magnify effect and analytic chronology
    Defense Witness (Force Used to Effectuate an Arrest)

15. *Vincent Bryant vs. City of Berkeley, California*
    United States District Court, Northern District of California, Case No. 3:21-cv-08169-AGT
    June 12, 2024
    Deposition testimony in the field as a forensic video technician and analyst – Three BWC video files. Synchronize video and audio, spotlight and magnify effect, motion tracking and analytic chronology
    Defense Witness (OIS)

16. *Estate of Kenneth Wallis vs. County of Riverside, California.*
    Superior Court of the State of California for the County of Riverside, Case No. CVRI2302384
    September 16, 2024
    Deposition testimony in the field as a forensic video analyst – One BWC video file, surveillance video files and FARO scan. Motion tracking and distance measurements exhibits.
    Defense Witness (OIS)

17. *Helen Abascal vs. County of Los Angles, California.*
    United States District Court for the Central District of California Western Division, Case No. 2:23-cv-05246-MRW
    November 8, 2024
    Deposition testimony in the field as a forensic video analyst – Four BWC video files. Synchronize video and audio. Motion tracking and analytic chronology.
    Defense Witness (Force Used to Effectuate an Arrest)

**PUBLICATIONS**

October 10, 2023: *Digital media evidence and force investigations: 5 methods to assist in writing accurate reports and conducting thorough investigations*

www.police1.com/use-of-force/articles

- Uses of force captured on video can be misinterpreted, exposing officers and agencies to significant civil and criminal liability. Are you providing the best evidence?

**EXPERT EVIDENCE ACCEPTED WITHOUT TESTIMONY**

*Terrance Amons v. City of Pittsburg, CA*
USDC Northern District of California Case No. C19-04593 SBA
February 23, 2020
Rule 26 Report: Provided numerous exhibits including duplex audio/video synchronized duplex, compare unknown to known, image content analysis
Defense Witness (OIS)

*State of Arizona v. Gregory Mack et al.*
County of Mohave, AZ Case No. CT2020-190527
March 4, 2020
Provided numerous exhibits including duplex audio/video synchronized duplex, analytic chronology,
Defense Witness (Agg. Assault on an LEO)

*State of Arizona v. Nathan Chisler*
County of Maricopa, AZ Case No. CR2020-000275-001
December 11, 2020
Provided numerous exhibits including duplex and fourplex audio/video synchronization, image content analysis, analytic chronology
Defense Witness (OIS)

*Jacob Bauer v. City of Pleasanton*
USDC Northern District of California Case No. C19-04593 SBA
February 16, 2021
Rule 26 Report: Provided numerous exhibits including eleven-video matrix in two parts and an analytic chronology
Defense Witness (Physical Force)

*Herman Tamrat v. A. Marlowe*
USDC Northern District of California Case No. 20-cv-07623-PJ
July 8, 2021
Rule 26 Report: Provided video, print exhibits and an analytic chronology
Defense Witness (Physical Force)

*Gomez v. Gomez*
County of Maricopa, AZ Case No. CV 18-03294-PHX-JJT (MHB)
July 20, 2021
Declaration: Created slow motion video exhibits, enlargements, print exhibits and image content analysis
Defense Witness (Physical Force)

*State of California v. Andrew Hall*
County of Contra Costa, CA Case No. 01-195930-3
October 2021
Declaration: Provided numerous exhibits including multi-camera view audio/video synchronized matrix
Defense Witness (OIS)

*State of California v. Charlie Blount*
February 2, 2022
County of Sonoma, CA Case No. SRO-1916259
Provided numerous exhibits including multi-camera view audio/video synchronized matrix
Defense Witness (Physical Force)

*State of Arizona v. Conner Wesley Orth-Smith*
County of Maricopa, AZ Case No. CR2021-127582-001
May 4, 2022
Provided numerous exhibits including duplex and fourplex audio/video synchronization
Defense Witness (Physical Force)

*State of California v. Terrance Stangel*
County of San Francisco, CA Case No. 20013301
January 12, 2022
Declaration: Provided numerous exhibits including duplex and fourplex audio/video synchronization, image content analysis
Defense Witness (Baton Use of Force)

*Jennifer Fink-Carver vs. City of Pleasant Hill, et al.*
USDC, Northern Dist. Court of California, Case No. 4:21-cv-006644-JSW
July 10, 2023
Provided numerous exhibits including synchronized matrix exhibit and still images relevant to the incident
Defense Witness (Canine Bite x 2)

*Adam Christian Gabriel vs. County of Sonoma, California*
USDC, Northern Dist. Court of California, Civil Case No. 3:22-cv-00781-JCS
August 9, 2023
Provided synchronized matrix exhibit and still images relevant to the incident
Defense Witness (Force Used to Effectuate an Arrest)

*State of California vs. Matthew Nutt*
Superior Court of California, County of Contra Costa, Criminal Case DOCKET NO: 04-23-01070
June 13, 2024
Provided synchronized matrix exhibit and still images relevant to the incident and motion tracking
Defense Witness (Force Used to Effectuate an Arrest)

**FVA CONSULTATION**

Arbitrations/Personnel Board Hearings
State of California
January 2016-present (twenty evidentiary hearings)
Testified in the field of forensic video analysis

**INSTRUCTIONAL EXPERIENCE**

POLC Conference
Traverse City, Michigan
September 12, 2024

- Keynote lecture regarding forensic video analysis
- Case Study presentation

PORAC LDF National Law Enforcement Conference
Nashville, TN
August 1, 2023

- Keynote lecture regarding forensic video analysis

International Law Enforcement Auditor's Association
Virtual Event – Accountability and Investigations in Law Enforcement
November 12, 2020

- Panelist with video forensic, police practices, and human factors experts

Peace Officers Association of Los Angeles County
LAPD Academy
Los Angeles, California
August 29, 2019

- One-hour course on proper forensic analysis of video evidence

Rains Lucia Stern St. Phalle & Silver, PC
Newport Beach Symposium
June 2019

- One-hour lecture on technical aspects of video

Napa Valley College
Napa, California
Adjunct Instructor
August 2017-January 2018

- Introduction into investigations semester course

Santa Clara Sheriff's Department
Santa Clara, California
August 2019

- One-hour lecture on technical aspects of video

**PROFESSIONAL ASSOCIATION MEMBERSHIPS**

IAI lifetime member
2017-present