Name & Address:
Scott Wm. Davenport, SBN 159432
JONES MAYER
3777 North Harbor Blvd.
Fullerton, CA  92835
Tel: 714-446-1400 / Fax: 714-446-1448

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>PLAINTIFF(S)<br>v.<br><br>CITY OF REDLANDS, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:23-CV-00695-SSS (KK)<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit H-1- Belt Audio;
Exhibit H-2 - Bystander Video
Exhibit H-3 - Belt with Video

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

12/20/24
Date

Scott Wm. Davenport
Attorney Name
City of Redlands and Officer Koahou
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                              **NOTICE OF MANUAL FILING OR LODGING**