1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | JUSTIN CODY HARPER,

12 |         Plaintiff,

13 |     v.

14 | CITY OF REDLANDS, REDLANDS
POLICE DEPARTMENT, POLICE
15 | OFFICER KOAHOU, and DOES 1
through 10, inclusive,

16

17 |         Defendants.

| Case No.:  5:23-CV-00695-SSS (KK)

| *Judge:*  Hon. Sunshine S. Sykes

| **[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

| Date:    February 28, 2025
Time:    2:00 p.m.
Ctrm:    2

18

19 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20 |         Defendants CITY OF REDLANDS and OFFICER KOAHOU's motion for

21 | summary judgment or, in the alternative, partial summary judgment came before

22 | the Court on regular notice at the above-stated date and time.  After consideration

23 | of the papers on file, and after arguments of counsel, the Court concludes as

24 | follows:

25 |      1. Plaintiff has failed to carry his burden of demonstrating that he is entitled

26 |         to relief on his first cause of action for excessive force;

27 |      2. Plaintiff has failed to carry his burden of demonstrating that he is entitled

28 |         to relief on his second cause of action for battery;

3. Plaintiff has failed to carry his burden of demonstrating that he is entitled to relief on his third cause of action for negligence;

4. Plaintiff has failed to carry his burden of demonstrating that he is entitled to relief on his fourth cause of action for negligent infliction of emotional distress; and

5. Plaintiff has failed to carry his burden of demonstrating that he is entitled to relief on his fifth cause of action for Violation of California *Civil Code* § 52.1 [Bane Act].

Accordingly, Defendants' motion for summary judgment is GRANTED in its entirety as to Defendants CITY OF REDLANDS and OFFICER KOAHOU.

**IT IS SO ORDERED.**

Dated: _____          _____
                                      HON. SUNSHINE S. SYKES,
                                      UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

James R. Touchstone, SBN 184584
   jrt@jones-mayer.com
Denise L. Rocawich, SBN 232792
   dlr@jones-mayer.com
Scott Wm. Davenport, SBN 159432
   swd@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:  (714) 446-1448

Attorneys for Defendants,
CITY OF REDLANDS and OFFICER KOAHOU