LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
Renee Masongsong, Esq. (SBN 281819)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118
E-mail: dalekgalipo@yahoo.com; rvalentine@galipolaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN CODY HARPER., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF REDLANDS; NICHOLAS KOAHOU; <br><br> Defendants. | Case No.: 5:23-cv-00695-SSS-SP <br><br> *Assigned to*: <br> Hon. District Judge Sunshine S. Sykes <br> Hon. Mag. Judge David T. Bristow <br><br> **DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date:   February 28, 2025 <br> Time:   2:00 p.m. <br> Crtrm:  Courtroom 2 <br><br> [*Filed concurrently with Plaintiff's Response to Defendants' Statement of Genuine Disputes of Material Fact; Plaintiff's Memorandum of Points and Authorities; Plaintiff's Objections to Evidence; and Declaration of Scott Defoe*] |

**DECLARATION OF RENEE V. MASONGSONG**

I, Renee V. Masongsong, hereby declare as follows:

1.  I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiff Justin Cody Harper. I make this declaration in support of the

-1-

1  Plaintiff's Opposition to Defendants' Motion for Summary Judgment.  I have personal
2  knowledge of the facts contained herein and could testify competently thereto if called.
3      2.    Attached hereto as **Exhibit "1"** is a true and correct copy of the relevant
4  portions of the Deposition of Nicholas Koahou, taken on October 10, 2024.
5      3.    Attached hereto as **Exhibit "2"** is a true and correct copy of the relevant
6  portions of the Deposition of Justin Cody Harper, taken on October 23, 2024.
7      4.    Attached hereto as **Exhibit "3"** is a true and correct copy of the relevant
8  portions of the Deposition of Joseph Garcia, taken on August 13, 2024.
9      5.    Attached hereto as **Exhibit "4"** is a true and correct copy of the relevant
10 portions of the Deposition of Gregory Gallo, taken on August 19, 2024.
11     6.    Attached hereto as **Exhibit "5**" is a true and correct copy of the relevant
12 portions of the Deposition of Corey Guerra, taken on August 19, 2024.
13     7.    Attached hereto as **Exhibit "6**" is a true and correct copy of the relevant
14 portions of the Deposition of Martin Salazar, taken on August 13, 2024.
15 I declare under penalty of perjury under that the foregoing that the foregoing is true
16 and correct. Executed on January 17, 2025.

18     /s/ Renee V. Masongsong
19     Renee V. Masongsong