UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---oOo---

**CERTIFIED COPY**

| | |
|---|---|
| JUSTIN CODY HARPER, ) | Case No. |
| ) | 5:23-cv-00695- |
| Plaintiff, ) | SSS-DTBx |
| ) | |
| vs. ) | |
| ) | |
| CITY OF REDLANDS, REDLANDS ) | |
| POLICE DEPARTMENT, POLICE ) | |
| OFFICER KOAHOU, and DOES ) | |
| 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

DEPOSITION OF MARTIN SALAZAR

Remote Deposition

Tuesday, August 13, 2024

Reported by:
Glinda F. Banks
CSR No. 11984
JOB No. 24-140090B



THE SULLIVAN GROUP
OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 562.888.6488

```
 1   you grab back onto the door handle again to attempt
 2   to open the door?
 3        A.   Yes.
 4        Q.   And is that what caused you to form the
 5   belief that it was now locked, because you couldn't
 6   get that door open again?
 7        A.   Yes.
 8        Q.   Now, it appears -- well, let's go to your
 9   statement.
10             Salazar had set the vehicle's emergency
11   parking brake while he cleaned the car, but Harper
12   could not find the brake release.
13             And this was -- it looks like Mr. Harper
14   started trying to back the vehicle out of your
15   driveway.  Is that correct?
16        A.   Correct.
17        Q.   All right.  Did the vehicle actually start
18   moving in the reverse direction out of your
19   driveway?
20        A.   Slightly, yes.
21        Q.   Okay.  Can you estimate for me the
22   approximate speed of the vehicle as it started
23   reversing out of your driveway?
24        A.   It wasn't moving -- it was moving less
25   than five miles.  It was still stuck in its place,
```

25

```
 1   but it was moving like two miles -- like inches.
 2        Q.   Okay.  And as the vehicle started backing
 3   up in reverse out of the driveway, what were you
 4   doing?  Were you still pulling on the door handle
 5   or anything of that sort?
 6        A.   Pulling on the door handle and yelling for
 7   help.  My neighbor was luckily outside.
 8        Q.   And when you saw your neighbor, who are
 9   you referring to?
10        A.   It's my neighbor across the street.  His
11   name is Greg.
12        Q.   Greg Gallo?
13        A.   Gallo, yes.
14        Q.   When you were yelling for help, did
15   Mr. Gallo respond to you in any way?
16        A.   Yes.
17        Q.   What did he say or do?
18        A.   He told me to get away from the vehicle.
19        Q.   Anything else that Mr. Gallo said to you?
20        A.   No.
21        Q.   Your next statement on RPD1196 says:
22   Harper accelerated but could hardly move the
23   vehicle.  Next sentence:  At some point Harper
24   drove the vehicle forward and reversed it out of
25   the driveway.
```

26

```
 1              Now can you explain that to me?  Did at
 2   some point in time while your aunt's vehicle was in
 3   the driveway, was it backing up?  Did it start
 4   moving forward and then backwards again?
 5        A.   No.  So when he was reversing, he was
 6   still moving like very, very slowly where he got
 7   onto -- where he actually was able to come out of
 8   my driveway where now he's actually on the street.
 9   And the vehicle was now getting closer to my
10   neighbor's house, Greg Gallo.  And then that's
11   when -- from where his house is, that's when he
12   started going forward.
13        Q.   Okay.  Next sentence says:  The rear
14   wheels remained locked, but the front tires
15   screeched on the driveway pavement which allowed
16   the vehicle to reverse slowly into the middle of
17   Nathan Court.
18             Do you remember observing that?
19        A.   Yes.
20        Q.   Now during this time that the car is
21   backing out and going now into Nathan Court, were
22   you still holding onto the driver's side door
23   handle in an attempt to get into the vehicle?
24        A.   Yes.
25        Q.   And at any point in time did you lose your
```

27

```
 1        Q.   And you have already testified that you
 2   were saying get out of here, get out of here.  Did
 3   you say anything else to Mr. Harper other than get
 4   out of here that you recall?
 5        A.   No.
 6        Q.   Other than Mr. Gallo telling you to let go
 7   of the car, or words to that effect, do you recall
 8   him saying anything else to you up until this point
 9   in time?
10        A.   No.
11        Q.   Did Mr. Gallo ever come over in close
12   proximity to your aunt's Honda Accord after it
13   backed into the middle of Nathan Court?
14        A.   No.
15        Q.   Where was he standing when he was yelling
16   to you to let go of the car, or words to that
17   effect?
18        A.   He was standing in the front of his
19   driveway.
20        Q.   Okay.  And as you're facing from your
21   driveway looking out to the street, would Mr.
22   Gallo's house be on the left or the right side of
23   your house?
24        A.   The left side.
25        Q.   Okay.  So he is the house right next door
```

29

1    Q.  Okay.  I think I understand.  So to the
2 best of your ability, can you estimate how many
3 feet away he was from your aunt's vehicle when he
4 yelled to you to let go of the car, or words to
5 that effect?
6    A.  He was like 25 feet.  He wasn't that close
7 to it at all.
8    Q.  And going back to your statement.  It says
9 the vehicle came to a stop in the middle of Nathan
10 Court and faced south toward San Bernardino Avenue.
11      Does that sound accurate to you?
12    A.  Yes.
13    Q.  Going on to the next page, which for the
14 record is RPD1197, it says:  Salazar continued to
15 yell at Harper to exit the vehicle, but Harper
16 refused and continued to try to release the
17 emergency brake.
18      Now, when it says Harper refused, was he
19 making verbal statements to you saying no, I'm not
20 going do that?  Or is that he just wasn't getting
21 out of the car?
22    A.  He was just ignoring me and wasn't getting
23 out of the car.
24    Q.  Okay.  Next it says:  An unknown white
25 male adult, approximately 50 to 60 years old,

31

```
 1   wearing a brown T-shirt, entered the front
 2   passenger seat and began striking Harper six to
 3   seven times on the side of his head with his fist.
 4          Did you observe this happen?
 5      A.  Yes.
 6      Q.  And where were you located such that you
 7   were able to observe these actions by the unknown
 8   white adult male?
 9      A.  I stepped away from the vehicle.  So now I
10   was about 15 to 10 feet away from the vehicle.
11      Q.  How were you oriented 15 or 20 feet away?
12   Were you, for example, to the driver's side of the
13   vehicle?  The rear of the vehicle?  The front of
14   the vehicle?  Or what?
15      A.  The driver's side.
16      Q.  Okay.
17      A.  I mean -- sorry.  It would be not the
18   driver -- the driver -- back driver side.
19      Q.  So driver's side of the vehicle but more
20   towards the rear of the vehicle --
21      A.  More towards the rear.
22      Q.  Like a backseat passenger on the driver's
23   side?
24      A.  Correct.
25      Q.  And as you saw this unknown male striking
```

THE SULLIVAN GROUP OF COURT REPORTERS

```
 1         Q.  Did you hear the taser go off or see it
 2    fire at Mr. Harper?
 3         A.  Yes.
 4         Q.  Did you hear like a clicking noise?  Does
 5    that sound familiar?
 6         A.  Yes.
 7         Q.  And after the taser was deployed at
 8    Mr. Harper, did Mr. Harper do anything or say
 9    anything in response?
10         A.  He was just in pain, yelling.
11         Q.  Do you recall what he was yelling?
12         A.  Just screaming.  Just not -- just no
13    words.
14         Q.  Okay.  It says Harper briefly let go of
15    the steering wheel and turned his body to the right
16    toward the center of the vehicle.
17             Do you remember seeing that action by
18    Mr. Harper?
19         A.  Yes.  He kind of tucked in and leaned his
20    body on the center console.
21         Q.  When you say tucked, you mean bend over
22    from his waist toward the center console area?
23         A.  So his stomach -- like he was curled up.
24         Q.  Okay.
25         A.  Curled up on the center console.
```

41

1  Q. Okay. Next sentence says: Harper grabbed
2  the vehicle -- the vehicle's gear shift, tried to
3  place the gear into drive.
4      Do you remember seeing that happen?
5  A. Yes.
6  Q. Officer Koahou -- I'm adding officer. It
7  says Koahou reached inside the vehicle and tried to
8  control Harper's hands.
9      Did you see actions to that effect occur?
10 A. Yes.
11 Q. Can you describe that in any further
12 detail for me?
13 A. He was pretty much trying to grab his
14 hands to avoid trying to steer the vehicle into a
15 different direction where they would lose their
16 balance.
17 Q. Okay. Was -- now we heard part of the
18 interactions between Officer Koahou and Mr. Harper
19 there. And I'll replay it for you here in a
20 moment. Do you recall Officer Koahou saying
21 anything to Mr. Harper when he is physically
22 struggling with him trying to control Mr. Harper's
23 hands?
24 A. No.
25 Q. I am going to go back to that audio

```
 1   correct me if you didn't hear this.  But what I
 2   heard was "don't do it, don't do it, I'll shoot
 3   you."  Do you recall that on the audiotape?
 4        A.   Yes.
 5        Q.   Is that kind of consistent with what you
 6   are discussing here, Koahou advised Harper to stop
 7   the car or he would be shot?
 8        A.   Yes.
 9        Q.   It says:  The vehicle continued moving
10   forward at approximately five miles per hour with
11   Koahou still inside the front driver's compartment.
12   Koahou jumped back and away from the vehicle and
13   pointed his firearm at the front driver's side
14   door.  Salazar saw Koahou fire one shot from his
15   firearm toward the front driver's side door of the
16   vehicle as the vehicle's door closed.  Salazar
17   estimated Koahou stood approximately six inches
18   from the front driver's side door when he fired at
19   the moving vehicle.
20             Do you see that language?
21        A.   Yes.
22        Q.   Does that appear accurate based on your
23   recollection of the events as you sit here today,
24   Mr. Salazar?
25        A.   I might have said six inches.  I meant six
```

```
 1   feet.
 2         Q.  Okay.  That appeared pretty close to me
 3   which is why I wanted you to clarify that.
 4               So Officer Koahou is about six feet away
 5   from the front driver's side door of your aunt's
 6   Honda Accord when he fired his weapon at the
 7   vehicle; is that correct?
 8         A.  Yes.
 9         Q.  And if I can, I'm going to try to show you
10   a bystander video.  We had some trouble with this
11   earlier.  Let's see what we can do here.  Bear with
12   me.
13               For the record this is Bates 886.
14               (Defendants' Exhibit 3 was marked for
15               identification.)
16   BY MR. TOUCHSTONE:
17         Q.  Do you see a still shot of a video screen
18   in front of you, Mr. Salazar?
19         A.  I do see a video, yes.
20         Q.  Okay.  Can you see my cursor hovering
21   towards the top of the screen?
22         A.  Yes.
23         Q.  Okay.  I know it's some distance away
24   here.  But this vehicle, the black vehicle that I'm
25   covering my cursor over in the middle of the screen
```

```
1        A.   Yes.
2        Q.   Now, were you able to hear the audio of
3   that video as well?
4        A.   Yes.
5        Q.   Did you hear two gunshots?
6        A.   I didn't hear two gunshots in the video.
7        Q.   As you -- I'm going put your statement
8   back up.
9             It says:  Salazar estimated Koahou stood
10  approximately -- it says six inches, but we have
11  now established that that was six feet from the
12  driver's side door when he fired at the moving
13  vehicle.  And it says in your statement that you
14  observed one shot being fired.
15            Is that correct?
16       A.   Yes.
17       Q.   Okay.  Do you recall, as you sit here
18  today, was it one or two shots that you heard?
19       A.   That I recall I thought it was one shot.
20       Q.   Okay.  Fair enough.  Going back to your
21  statement here, the next sentence says:  The
22  vehicle sped away at a fast rate of speed, struck
23  the south curb of Nathan Court, drove over a
24  sidewalk and entered onto San Bernardino Avenue.
25            Do you see that?
```

THE SULLIVAN GROUP OF COURT REPORTERS

1       A.  Yes.
2       Q.  So after the gunshots you saw the vehicle
3   drive off, hop over a curb, and go onto San
4   Bernardino Avenue.  Is that accurate?
5       A.  Correct.
6       Q.  And can you estimate for me the speed of
7   the vehicle as it drove off after the gunshot you
8   heard?
9       A.  It was going like 30 miles per hour.  30
10  to 40.
11      Q.  The vehicle turned west, drove a short
12  distance, and came to a stop.  Salazar did not know
13  if Harper had been shot or injured by the round
14  fired by Koahou.
15          Can you see that?
16      A.  Yes.
17      Q.  Okay.  When you saw the vehicle come to a
18  stop, where were you located when you observed
19  that?
20      A.  When the vehicle came a stop on San
21  Bernardino Avenue?
22      Q.  Yes, sir.  Where were you standing?
23      A.  I actually ran inside the house.
24      Q.  So let's back up.  So you see the officer
25  struggling with Mr. Harper.  You see the taser be

```
 1   door area?
 2       A.  Yes.
 3           MR. TOUCHSTONE:  All right.  I promised
 4   you a break at about an hour.  We went a little bit
 5   over that.  Let's go ahead and take a ten-minute
 6   break, Mr. Salazar.  Is that okay?
 7           THE WITNESS:  Okay.
 8           MR. TOUCHSTONE:  All right we'll see you
 9   back at 3:30.
10               (Brief recess taken.)
11   BY MR. TOUCHSTONE:
12       Q.  All right.  Can you see your statement on
13   the screen again, Mr. Salazar?
14       A.  Yes.  I can now, yes.
15       Q.  I am looking at the last paragraph on
16   RPD1197.  It says Salazar did not recall anyone
17   standing directly in front of Harper when he drove
18   forward through the cul-de-sac.
19           Do you see that language?
20       A.  Yes.
21       Q.  Okay.  At any point in time during the
22   physical struggle between Officer Koahou and
23   Mr. Harper, did you see anybody standing in front
24   of your aunt's black Honda Accord?
25       A.  No.
```

```
 1        Q.  Where were the other people located as
 2   Officer Koahou was struggling, for example, at the
 3   time when he was trying to get control of
 4   Mr. Harper's hands?
 5        A.  We were behind the vehicle on the driver's
 6   rear end.
 7        Q.  Okay.  Now, when I showed you that video,
 8   did you see those two individuals who were in front
 9   of the car at that point time in the very
10   beginning?  I believe it was timestamp 0:03 of the
11   video.
12        A.  Yes.
13        Q.  Did those individuals move from the front
14   of the car around towards the rear of the vehicle
15   at some point in time?
16        A.  Yes.
17        Q.  When Officer Koahou was tasing Mr. Harper,
18   do you know if there was anybody in front of your
19   aunt's black Honda Accord?
20        A.  No.
21        Q.  They were not, or you don't know one way
22   or the other?
23        A.  Oh, sorry.  They were not in front of the
24   vehicle.
25        Q.  Okay.  They had already moved out of the
```

```
 1   front of the vehicle more towards the side,
 2   driver's side of the car?
 3        A.   Yes.
 4             MR. TERRELL:  Objection.  It misstates the
 5   testimony he's given.
 6   BY MR. TOUCHSTONE:
 7        Q.   Well, let's clear that up, Mr. Salazar.
 8   At the time that -- strike that.
 9             You stated that you saw in the video that
10   I showed you there were people standing in front of
11   the your aunt's black Honda Accord; correct?
12        A.   Correct.
13        Q.   Those people moved out of the way at some
14   point in time; true?
15        A.   Correct.
16        Q.   Did you see when those people who were
17   standing in the front of your aunt's car -- in
18   relation to Officer Koahou's actions did you see
19   when those people moved out of the front of your
20   aunt's vehicle?
21        A.   No.
22        Q.   Okay.  You know that at some point in time
23   they ended up to the driver's side of your aunt's
24   vehicle towards the rear.  Is that correct?
25        A.   Yes.
```

THE SULLIVAN GROUP OF COURT REPORTERS

```
 1   were gunshots right as the vehicle started driving
 2   away?
 3        A.   Yes.
 4        Q.   Okay.  And I'll play it again.  It's now
 5   stopped at 15 seconds.  I'm going to go back to the
 6   very beginning, zero seconds.  And play it all the
 7   way forward to 15 seconds again.  And again we're
 8   referring to Bates 886.
 9             Did you see Officer Koahou run alongside
10   the right side of the vehicle as it started taking
11   off --
12        A.   Yes.
13        Q.   -- then you hear the pops?
14        MR. TERRELL:  Objection.  Compound.
15        Go ahead.
16        MR. TOUCHSTONE:  Well taken.  I'll break
17   it down.
18        Q.   Did you see Officer Koahou running along
19   the right side of the vehicle on the passenger door
20   area as the vehicle started to take off?
21        A.   Yes.
22        Q.   And did you hear, as Officer Koahou was
23   running alongside the right side of the vehicle
24   after it was already in motion, two pops?
25        A.   Yes.
```

```
 1                    EXAMINATION
 2   BY MR. TERRELL:
 3       Q.  I'm looking at one, two -- the third
 4   paragraph, sir, if you can follow it.  And I
 5   believe it's like the second or third sentence in
 6   there where it starts out and it says, "The vehicle
 7   continued moving forward...."  Do you see that,
 8   sir?
 9       A.  Yes.
10       Q.  Do you see that one right there, sir?
11       A.  Yes.
12       Q.  Okay.  It states:  The vehicle continued
13   moving forward at approximately five miles per hour
14   with Koahou still inside the front driver's
15   compartment.
16           Do you remember saying this statement?
17       A.  Yes.
18       Q.  Okay.  And when it first started moving,
19   that was the speed that you believed or perceived
20   that the vehicle was moving; correct?
21           MR. TOUCHSTONE:  Vague as to time.
22           THE WITNESS:  Yes.
23   BY MR. TERRELL:
24       Q.  And is that when the vehicle first started
25   to move forward when the officer was present?
```

64

THE SULLIVAN GROUP OF COURT REPORTERS