Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:  (760) 243-9997
Fax:  (760) 843-8155

James S. Terrell, Esq. (SBN 170409)
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:  (760) 951-5850
Fax:  (760) 952-1085

*Attorneys for Plaintiff*, Justin Cody Harper

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHU, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 5:23-cv-00695-SSS-DTB<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE THE PRETRIAL FILING DEADLINES** |

COME NOW Plaintiff Justin Harper and Defendants City of Redlands and Nicholas Koahu and hereby stipulate and request as follows:

-1-
JOINT STIPULATION AND REQUEST TO CONTINUE THE PRETRIAL FILING DEADLINES

1. On February 12 and 13, 2025, counsel for Defendants and counsel for Plaintiff met and conferred regarding the upcoming pretrial filings, including the Parties' motions in limine. During the meet and confer, counsel discussed their upcoming trial schedules and Defendants' pending Motion for Summary Judgment.

2. Currently, Defendants' Motion for Summary Judgment is set to be heard on February 28, 2025.

3. The Parties submit that GOOD CAUSE exists to modify the pretrial filing schedule, as follows:

   a. Plaintiffs' counsel, Dale K. Galipo and Renee V. Masongsong, will be engaged in trial beginning February 18, 2025, in the case *Lennox v. State of California*, et al., Case No. 2:21-cv-02075-DAD-KJN. This case is in the Eastern District of California in front of Judge Dale Drozd.

   b. Defendants' counsel, James Touchstone, will be engaged in trial beginning on February 24, 2025, in *Estate of Escobedo v. City of Los Angeles, et al*., Los Angeles Superior Court Case No. 19STCV43741 in Department 72 before Judge Joseph Lipner.

4. Additionally, the Parties noticed that two trials are scheduled to take place in front of this Court starting on April 21, 2025—the above-captioned case (*Harper*) and *Nunez v. County of San Bernardino*, Case No. 5:22-cv-01934-SSS-SPx. The Parties are not opposed to continuing the *Harper* trial if the *Nunez* trial goes forward as scheduled.

5. THEREFORE, the Parties jointly request that this Court modify the pretrial filing schedule as follows:

   //
   //

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Day to File Motions in Limine | 2/21/25 | 3/7/25 |
| Last Day to Exchange Proposed Jury Instructions | 2/28/25 | 3/14/25 |
| Last Day to Exchange Objections to Jury Instructions; Last Day to File MCFL, Witness Lists, Joint Exhibit List, Joint Status Report re Settlement, and Oppositions to Motions in Limine | 3/7/25 | 3/21/25 |
| Last Day to File Joint PPTCO, Jury Instructions, Verdict Forms, Statement of the Case | 3/21/25 | No change |
| Hearing on Motions in Limine | 3/28/25 | 4/4/25 |

IT IS SO STIPULATED.

DATED: February 13, 2025         LAW OFFICES OF DALE K. GALIPO

                         By:      */s/ Dale K. Galipo*
                                Dale K. Galipo
                                Renee V. Masongsong
                                Attorney for Plaintiff

-3-
JOINT STIPULATION AND REQUEST TO CONTINUE THE PRETRIAL FILING DEADLINES

| | | |
|---|---|---|
| DATED: February 13, 2025 | | JONES MAYER LAW |
| | By: | */s/ Scott Wm. Davenport* |
| | | Scott Wm. Davenport |
| | | Attorney for Defendants |