# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHU, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 5:23-cv-00695-SSS-DTBx<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE THE PRETRIAL FILING DEADLINES** |

HAVING REVIEWIED the Parties' Joint Stipulation and Request to Continue the Pretrial Filing Deadlines, and GOOD CAUSE having been shown, it is HEREBY ORDERED that the dates shall be extended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Last Day to File Motions in Limine | 2/21/25 | 3/7/25 |
| Last Day to Exchange Proposed Jury Instructions | 2/28/25 | 3/14/25 |
| Last Day to Exchange Objections to Jury | 3/7/25 | 3/21/25 |

-1-
ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE THE PRETRIAL FILING DEADLINES

| | | |
|---|---|---|
| Instructions; Last Day to File MCFL, Witness Lists, Joint Exhibit List, Joint Status Report re Settlement, and Oppositions to Motions in Limine | | |
| Last Day to File Joint PPTCO, Jury Instructions, Verdict Forms, Statement of the Case | 3/21/25 | No change |
| Hearing on Motions in Limine | 3/28/25 | 4/4/25, at **1:00** p.m. (in person hearing) |

DATED: February 18, 2025

UNITED STATES DISTRICT COURT

By: _____
HON. SUNSHINE S. SYKES
U.S. DISTRICT JUDGE

-2-
ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE THE PRETRIAL FILING DEADLINES