JONES MAYER
James R. Touchstone Esq., SBN 184584
jrt@jones-mayer.com
Denis L. Rocawich Esq., SBN 232792
dlr@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant,
CITY OF REDLANDS and OFFICER KOAHOU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUSTIN CODY HARPER, | Case No.  5:23-cv-00695-SSS-DTBx |
|---|---|
| Plaintiff(s), | *Honorable Sunshine Suzanne Sykes* |
| v. | *Honorable Magistrate David T. Bristow* |
| CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHOU, and DOES 1-10, | NOTICE OF LODGING [PROPOSED] ORDER RE DEFENDANTS' MOTION IN LIMINE NO 1 RE ECONOMIC DAMAGES |
| Defendant(s). | Date:  April 4, 2024<br>Time:  1:00 p.m.<br>Dept:  2 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendants', CITY OF REDLANDS and OFFICER KOAHOU hereby lodge their [Proposed] Order Re Defendants' Motion in Limine No. 1 to Exclude Economic Calculation of Damages and Exclude any Argument of a Specific Dollar Amount for Damages in the above captioned matter.

                                              Respectfully Submitted,

Dated:  March 7, 2025            JONES MAYER

                                        By: *s/ James R. Touchstone*
                                              James R. Touchstone
                                              Denise L. Rocawich
                                              Attorneys for City of Redlands and Officer Koahou

