# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>  Plaintiff(s),<br><br>  v.<br><br>CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHOU, and DOES 1-10,<br><br>  Defendant(s). | Case No.  5:23-cv-00695-SSS-DTBx<br><br>*Honorable Sunshine Suzanne Sykes*<br>*Honorable Magistrate David T. Bristow*<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO 1 TO EXCUDE ECONOMIC DAMAGES AND EXCLUDE ANY ARGUMENT OF A SPECIFIC DOLLAR AMOUNT FOR DAMAMGES<br><br>Date:    April 4, 2025<br>Time:    1:00 p.m.<br>Dept:    2 |

## **[PROPOSED] ORDER**

The Court having reviewed and considered Defendants Motion In Limine No. 1 to Exclude Economic Calculations of Damages and Exclude any Argument of a Specific Dollar Amount for Damages; and any opposition thereto, the Court finds good cause and GRANTS Defendants' Motion in Limine No. 1, and precludes Plaintiff, Plaintiff's counsel or Plaintiff's witnesses from introducing any evidence and/or argument relating to their economic damages or any calculations related thereto

**IT IS SO ORDERED.**

DATED:

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE