# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF REDLANDS; NICHOLAS KOAHOU,<br><br>    Defendants. | Case No. 5:23-cv-00695-SSS-DTB<br><br>Honorable Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION *IN LIMINE* NO. 2** |

**[PROPOSED] ORDER**

Having reviewed Plaintiff's Motion *in Limine* No. 2, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED. The following shall be excluded at the trial of the above-entitled matter:

(1) Any evidence, testimony, argument, or reference at trial to the District Attorney's conclusion that Officer Koahou's use of deadly force against Mr. Harper was justified, reasonable, and/or not criminal;

(2) Any evidence, testimony, argument, or reference at trial to the District Attorney's decision not to press charges against Officer Koahou, including any reference (whether implicit or explicit) to the fact that the District Attorney reviewed the shooting incident;

(3) Any evidence, testimony, argument, or reference at trial to the City of Redlands' findings that Officer Koahou's use of deadly force against Mr. Harper was reasonable, justified, and/or within policy.

**IT IS SO ORDERED**.

DATED: _____, 2025

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE