LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF REDLANDS; NICHOLAS KOAHOU,<br><br>    Defendants. | Case No. 5:23-cv-00695-SSS-DTB<br><br>Assigned to:<br>Hon. District Judge Sunshine S. Sykes<br>Honorable Mag. Judge David T. Bristow<br><br>**NOTICE OF ERRATA RE: PLAINTIFF'S MOTION IN LIMINE NO. 1 (Dkt. 55) CORRECTING THE HEARING DATE; NOTICE OF LODGING OF PROPOSED ORDER**<br><br>Hearing:  April 4, 2025<br>Courtroom: 2<br>Time:   1:00 p.m. |

1      **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO**

2  **THIS HONORABLE COURT, PLEASE TAKE NOTICE** that Plaintiff Justin

3  Cody Harper hereby lodges (1) an amended copy of his Motion in Limine No. 1

4  (Dkt. 55) correcting the hearing information on the caption page; and (2) the

5  proposed order for Plaintiff's Motion in Limine No. 1.  Plaintiff's Motion in Limine

6  No. 1 at Dkt. 55 had the incorrection hearing information on the caption page. No

7  other changes were made to that motion.

8

9   DATED: March 7, 2025          LAW OFFICES OF DALE K. GALIPO

10                  By:  s/ Renee V. Masongsong

11                         Dale K. Galipo

12                         Renee V. Masongsong
                        Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28