1  James R. Touchstone, SBN 184584
   jrt@jones-mayer.com
2  Denise L. Rocawich, SBN 232792
   dlr@jones-mayer.com
3  Scott Wm. Davenport, SBN 159432
   swd@jones-mayer.com
4  JONES MAYER
   3777 North Harbor Boulevard
5  Fullerton, CA 92835
   Telephone: (714) 446-1400
6  Facsimile: (714) 446-1448

7  Attorneys for Defendants,
   CITY OF REDLANDS and OFFICER KOAHOU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUSTIN CODY HARPER, | Case No.: 5:23-CV-00695-SSS (KK) |
|---|---|
| Plaintiff, | *Judge:* Hon. Sunshine S. Sykes |
| v. | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHOU, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants CITY OF REDLANDS and OFFICER KOAHOU hereby appeal to the United States Court of Appeal for the Ninth Circuit from the Order of the District Court denying summary judgment, including on the issue of qualified immunity, which was entered on March 13, 2025. Dkt. 58. A true and correct copy of this order is attached hereto as *Exhibit* "A" and incorporated by reference.

/ / /

/ / /

1 | Dated: March 17, 2025

JONES MAYER

By: */s/ Scott Wm. Davenport*
JAMES R. TOUCHSTONE
DENISE L. ROCAWICH
SCOTT WM. DAVENPORT

Attorneys for Defendants,
CITY OF REDLANDS and OFFICER KOAHOU