James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, SBN 232792
dlr@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants CITY OF REDLANDS and OFFICER KOAHOU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>                Plaintiff,<br><br>        vs.<br><br>CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHOU, and DOES 1 through 10 Inclusive,<br><br>                Defendants. | Case No.: CV23-00695 SSS (KK)<br>Judge:        Hon. Sunshine Sykes<br><br>**DEFENDANTS' [PROPOSED] VOIR DIRE QUESTIONS**<br><br>**Final Pre-trial Conference**<br>Date: April 4, 2025<br>Time: 1:00 pm<br>Courtroom: 2<br><br>**Trial**<br>Date: April 21, 2025<br>Time: 9:00 am<br>Courtroom: 2<br><br>Complaint Filed: April 19, 2023 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND
THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-4, Defendants, CITY OF REDLANDS AND
NICHOLAS KOAHOU ("Defendants"), respectfully submit the following
Proposed Voir Dire Questions.

## <u>DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS</u>

1.     Have you heard about or read anything about this particular case? If
so, have you ever seen any videos on television or on the Internet about this
particular incident?

       a.     Please describe what information you have concerning this
            incident and how you obtained that information.

       b.     Based on what you've heard or seen concerning this particular
            incident, do you feel that you can be fair and impartial if you
            are selected to serve as a juror in this case?

2.     Does anybody feel that because Plaintiff has filed a lawsuit, the
allegations are more likely true than not? If so, please describe why you feel that
way.

3.     Have any of you ever been treated in what you considered an unfair or
improper manner by any member of a law enforcement agency including, but not
limited to, the Redlands Police Department? If so, please describe.

4.     Have you ever sat on a jury where law enforcement officers testified?

       a.     If yes, have you formed any opinion about law enforcement
            officers and their testimony based upon this experience? Please
            describe.

1    5.    In what city or community do you currently reside?

2        a.    How long have you lived in this city or community?

3

4    6. Do any of you live in an area patrolled by the Redlands Police

5  Department?

6        a.    If so, what is your opinion of the quality of law enforcement

7            services provided in your community?

8

9    7.    Have any of you, a family member or close friend ever been detained

10  or arrested by any law enforcement agency? [Side bar or chambers discussion.]

11        If so,

12        a.    Please describe the incident.

13        b.    When did this occur?

14        c.    Where did this occur?

15        d.    What law enforcement agency(ies) was involved?

16        e.    What was the outcome?

17        f.    Given this event, what is your opinion of law enforcement?

18

19    8.    Have you, a member of your family, or any of your close friends ever

20  been involved in any type of altercation or physical struggle with law enforcement

21  officers at any time? [Side bar or chambers discussion.]

22        If so,

23        a.    When did this occur?

24        b.    Where did this occur?

25        c.    What law enforcement agency (ies) was involved?

26        d.    What was the outcome?

27        e.    Given this event, what is your opinion of law enforcement?

28            Please Describe.

[PROPOSED] VOIR DIRE QUESTIONS

9.      Do any of you have a negative opinion of the Redlands Police Department?

        a.      If so, please describe.

10.      Has anyone on the prospective jury panel ever been convicted of a crime? [Side bar or chambers discussion.]

        a.      If so, who was involved?

        b.      What happened/what was the crime?

        c.      When did this occur?

11.      Do you believe that law enforcement officers are entitled to use reasonable force in some situations such as to control a crime scene or to make an arrest of a criminal suspect?

12.      Do you believe law enforcement officers are either more likely or less likely to be truthful than other people?

        a.      If so, please describe.

13.      Have you ever had any negative interactions with law enforcement officers before?

14.      Have you or any members of your family ever filed a citizen's complaint with a law enforcement agency before? If so, what happened?

15.      Have you ever had positive interactions with law enforcement officers before?

16.     Do you believe that law enforcement officers should be allowed to defend themselves or other law enforcement officers or persons from physical harm when encountering a suspect?

17.     Do you believe that law enforcement officers must wait until after force is used against them before they can use force to defend themselves or their fellow officers?

18.     Have you ever personally witnessed a law enforcement officer use force against someone?

       If so,

       a.     Please describe the circumstances.

       b.     Did you feel that law enforcement handled the situation properly or improperly?

       c.     Would anything about that experience affect your ability to be a fair and impartial juror in this case?

19.     Please raise your hand if you do not trust law enforcement officers to use the right amount of force when arresting a suspect.

20.     In ten (10) words or less, please describe what your opinion of law enforcement is?

21.     Do you have any ill feelings toward, or any negative opinion of, any law enforcement officer? [If any potential juror answers in the affirmative, defense counsel will request a sidebar to seek further detail, including but not limited to, which agency was involved, the recency of the episode at issue, and the extent to which, if at all, that incident would affect the juror's ability to be fair and impartial

[PROPOSED] VOIR DIRE QUESTIONS

1    here.]

2

3        22.    Do you believe that commands given by law enforcement officers

4    should be followed?

5                a.    If not, why?

6

7        23.    Have you, a close relative or friend ever been employed by or

8    volunteered with any law enforcement agency?

9                If so, please state:

10                a.    The name and location of said law enforcement agency?

11                b.    Whether you, your relative or friend were a paid employee or a

12                      volunteer?

13                c.    The year in which you, your relative or friend were hired?

14                d.    Length of your, your relative or friend's employment?

15                e.    What was the highest rank you, your relative or friend

16                      achieved?

17                f.    Have you, a relative or friend ever been terminated by a law

18                      enforcement agency? If so, please tell us the reasons for such

19                      termination to the best of your knowledge.

20

21        24.    Do any of you have any special training or knowledge of law

22    enforcement training and/or experience in the area of use of force (For example,

23    Arrest & Control techniques, Police Tactics?

24                If so:

25                a.    What is your knowledge and/or training?

26                b.    Where, when and how did you acquire this knowledge and/or

27                      training?

28                c.    Do you think this would affect your ability to be a fair and

-6-
[PROPOSED] VOIR DIRE QUESTIONS

1    impartial juror?

2    25.    Have you ever served in the military or any branch of the armed

3    forces?

4    If so, please state:

5    a.    Which branch?

6    b.    What was the highest rank you obtained?

7    c.    How many years did you serve?

8

9    26.    Do any of you, or a family member, or close friend have an

10   association with the justice system (i.e. corrections, probation, lawyer, judge, court

11   personnel)?

12   a.    If yes, please describe.

13

14   27.    Do any of you have any special training or knowledge in the area of

15   medicine?

16   If so:

17   a.    What is your knowledge and/or training?

18   b.    Where, when and how did you acquire this knowledge and/or t

19   raining?

20   c.    Do you think this would affect your ability to be a fair and

21   impartial juror? If yes, please explain.

22

23   28.    Do you understand that the burden of proof lies with the Plaintiff, and

24   that he must prove his case by a preponderance of the evidence?

25

26   29.    If someone is a plaintiff in a lawsuit, does that prompt you to believe

27   that there must have been some wrongful act done to them?

28

[PROPOSED] VOIR DIRE QUESTIONS

30.    Do you believe that a plaintiff might have a variety of motives for initiating a lawsuit, besides being injured?

31.    Is there anything that would prevent you from following the instructions provided by the Court in this matter?

32.    Are there any family, work, or military service responsibilities that would impact your ability to serve as a juror in this matter?

    a.    If yes, please describe that impact.

33.    Is there anything that you think this Court, counsel or the parties should know of, or be aware of, regarding your ability to be a fair, impartial and unbiased juror in this case? If yes, please explain.


Dated: March 20, 2025          Respectfully submitted,

                          JONES MAYER


By: *s/Denise Lynch Rocawich*
JAMES R. TOUCHSTONE
DENISE LYNCH ROCAWICH
Attorneys for City of Redlands and Officer Koahou

[PROPOSED] VOIR DIRE QUESTIONS