1  James R. Touchstone, SBN 184584
   jrt@jones-mayer.com
2  Denise L. Rocawich, SBN 232792
   dlr@jones-mayer.com
3  JONES MAYER
   3777 North Harbor Boulevard
4  Fullerton, CA 92835
   Telephone: (714) 446-1400
5  Facsimile: (714) 446-1448

6  Attorneys for Defendants CITY OF REDLANDS and OFFICER KOAHOU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUSTIN CODY HARPER, | Case No.: CV23-00695 SSS (KK) |
| --- | --- |
| Plaintiff, | Judge: Hon. Sunshine Sykes |
| vs. | **DEFENDANTS' WITNESS LIST** |
| CITY OF REDLANDS, REDLANDS POLICE DEPATMENT, POLICE OFFICER KOAHOU, and DOES 1 through 10 Inclusive, | **Final Pre-trial Conference**<br>Date: April 4, 2025<br>Time: 1:00 pm<br>Courtroom: 2 |
| Defendants. | **Trial**<br>Date: April 21, 2025<br>Time: 9:00 am<br>Courtroom: 2 |
| | Complaint Filed: April 19, 2023 |

-1-
DEFENDANTS WITNESS LIST

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Officer Nicholas Koahou, (909) 798-7681, 1270 W. Park Ave. Redlands, CA 92373 | Defendant, shooting officer and percipient witness to underlying incident. | 2 hr | | |
| Corey Guerra, (951) 715-1118, 9125 Lemon Ave. Alta Loma, CA 91701 | Percipient witness to underlying incident, driver of the vehicle involved in the hit and run, involved in the events immediately prior and after shooting. | .5 hr | | |
| Joseph Garcia, (951) 712-1116, 8714 Wintergreen Rd. Phelan CA 92372 | Percipient witness to underlying incident, passenger in the hit and run vehicle and unique as he was near front fender when car accelerated. | .5 hr | | |
| Martin Salazar Jr., (909) 689-5093, 1605 Nathan Court Redlands, CA 92374. | Percipient witness to underlying incident, unique as he was carjacked by Plaintiff and involved in the events immediately prior and after shooting. | .5 hr | | |
| Greg Gallo, (909) 844-2112, 1608 Nathan Court Redlands, CA 92374 | Percipient witness to underlying incident, witnessed carjacking, intervened and opened door, and unique as he witnessed both the tasing and shooting of Plaintiff. | .5 hr | | |
| Martin Salazar Sr., (909) 689-5093, 1605 Nathan Court Redlands, CA 92374. | Percipient witness to underlying incident, and provided video footage from a surveillance camera to be used as an exhibit. | .5 hr | | |
| Addison Jimenez, (951) 834-3881. 1564 Stony Court Redlands, CA 92374. | Percipient witness to underlying incident, saw the acceleration of the vehicle and provided cell phone video footage to be used as an exhibit. | .5 hr | | |

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Morgan Jimenez, (951) 834-3881. 1564 Stony Court Redlands, CA 92374. | Percipient witness to underlying incident, saw the acceleration of the vehicle and filmed cell phone video footage to be used as an exhibit. | .5 hr | | |
| Travis Martinez, (909) 798-7681, 1270 W. Park Ave. Redlands, CA 92373 | Percipient witness to underlying incident, arrived as shots were fired, interacted with Harper after shooting, unique as he took Harper into custody. | .5 hr | | |
| Det. Marcus Young (909) 387-3589 655 E. Third St. San Bernardino, CA 92415 | Crime scene investigator (all three scenes) and took FARO scans used by experts. | .75 hr | | |
| Crime Scene Specialist Shira Mathis, (909) 387-3589 655 E. Third St. San Bernardino, CA 92415 | Assisted Det. Young, took numerous photos to be used as exhibits. | .75 hr | | |
| Officer Chris Mead, (909) 798-7681, 1270 W. Park Ave. Redlands, CA 92373 | Took and recorded a statement from Harper that contains key admissions. | .5 hr | | |
| Forensic specialist Geneva Holzer (909) 798-7681, 1270 W. Park Ave. Redlands, CA 92373 | Processed crime scene and took multiple photos to be used at exhibits. | .5 hr | | |
| *Officer Merriman (909) 798-7681, 1270 W. Park Ave. Redlands, CA 92373 | Received Ring footage to be used as an exhibit. | *.25 hr (if needed) | | |

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| *Det. David Carpenter, (909) 387-3589 655 E. Third St. San Bernardino, CA 92415 | Took Statements from Multiple Key Witnesses. | *.5 hr (if needed) | | |
| Det. Chris Crosswhite, (909) 387-3589 655 E. Third St. San Bernardino, CA 92415 | Took Statements from Multiple Key Witnesses. | *.5 hr (if needed) | | |
| Paramedic Andrew Huizinga (909) 798-7600 35 Cajon St Suite 12 Redlands, Ca 92373 | One of the paramedics who treated Harper and to whom Harper made key admissions. | .5 hr | | |
| Det. Tony Romero, (909) 387-3589 655 E. Third St. San Bernardino, CA 92415 | San Bernardino County Sheriff's Department shooting investigation case agent and Detective who authorized Harper's blood draw. | .25 hr | | |
| Nurse R. Wilson, (909) 428-7488, 8285 Sierra Ave. #107, Fontana, CA 92335. | Was involved in the blood draw of Harper's blood and is expected to testify about the draw and procedures relating thereto. | .75 hr | | |
| Kristen Steward, (951) 341-9355, 965 Chicago Ave # C, Riverside, CA 92507. | Involved in the toxicology collection/analysis of Harper's blood. Ms. Steward is expected to testify as to toxicology analysis of Harper's blood. | 1 hr | | |
| Alexis Schroeder, (951) 341-9355, 965 Chicago Ave # C, Riverside, CA 92507. | Involved in the toxicology collection/analysis of Harper's blood. Ms. Steward is expected to testify as to toxicology analysis of Harper's blood. Unique from Ms. Steward as two different analysis conducted. | 1 hr | | |

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Dr. Dustin Smith, 909-558-4000. 11234 Anderson St, Loma Linda, CA 92354. | An attending physician for Plaintiff Harper in the ER and is expected to testify observations of, contact with and medical treatment of Harper. | 1 hr | | |
| Dr. Wesley Phipatanakul 909-558-4000. 11234 Anderson St, Loma Linda, CA 92354. | A surgeon who operated on Harper. | 1 hr | | |
| Dr. Ghoussein 909-558-4000. 11234 Anderson St, Loma Linda, CA 92354. | A doctor who treated Harper's finger injury. | 1 hr | | |
| Expert Edward T. Flosi, (408) 315-0520. M.S., 1760-F Airline Hwy #206 Hollister, CA 95023 | Mr. Flosi has been retained on behalf of Defendants and is expected to provide testimony regarding the lawfulness and reasonableness of the force used against Harper by Officer Nicholas Koahou | 2 hr | | |
| Expert Dr. Richard Franklin Clark (619) 543-6835 200 W. Arbor Drive San Diego, CA 92103 | Dr. Clark has been retained on behalf of Defendants and is expected to provide testimony regarding behavior effects of methamphetamine intoxication, physiological effects of methamphetamine intoxication, and whether Harper was intoxicated by methamphetamines at the time of his interaction with police when he was shot on September 9, 2021. | 2 hr | | |

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Expert Robert McFarlane Robert@DigitalFVA.com 10627 Redington Drive Redington Beach, FL | Mr. McFarlane has been retained on behalf of Defendants as an audio visual expert to analyze, clarify and evaluate photos and videos related to this case. He is expected to provide testimony regarding the creation of an exhibit aligning a belt recording audio file with a cell phone video/audio file and the positioning of Officer Koahou when shots were fired. | 1 hr | | |
| Dr. Gary M. Vilke, (619) 666-8643 11582 Normanton Way San Diego, California 92131. | Dr. Vilke has been retained on behalf of Defendants and is expected to provide testimony regarding the acute injuries that occurred when Mr. Justin Harper was shot and arrested by City of Redlands police officers on September 9, 2021. | 2 hr | | |

Dated: _____    _____
SUNSHINE S. SYKES
United States District Judge