Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

James S. Terrell, Esq. (SBN 170409)
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

*Attorneys for Plaintiff*, Justin Cody Harper

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDLANDS, OFFICER KOAHOU,<br><br>Defendants. | Case No. 5:23-cv-00695-SSS-DTB<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

# JOINT STATUS REPORT RE: SETTLEMENT

The Parties participated in a mediation session with Craig C. Lang, Esq., on October 15, 2024. The Parties were unable to reach a resolution of the case at that time. The Parties are open to further settlement discussions, and the Parties believe that a second mediation session could be successful.

DATED: March 21, 2025         LAW OFFICES OF DALE K. GALIPO

                              By:      *s/ Dale K. Galipo*
                                  Dale K. Galipo
                                  Renee V. Masongsong
                                  Attorney for Plaintiff


Dated: March 21, 2025         JONES & MAYER

                              By:   /s/ Denise Lynch Rocawich
                                  JAMES R. TOUCHSTONE
                                  DENISE L. ROCAWICH
                                  Attorneys for Defendants City of Redlands
                                  and Officer Koahou