Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

James S. Terrell, Esq. (SBN 170409)
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

*Attorneys for Plaintiff*, Justin Cody Harper

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDLANDS, OFFICER KOAHOU,<br><br>Defendants. | Case No. 5:23-cv-00695-SSS-DTB<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**JOINT STATEMENT OF THE CASE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

 The Parties hereby submit their Joint Proposed Statement of the Case.

DATED: March 21, 2025    LAW OFFICES OF DALE K. GALIPO

           By: *s/ Dale K. Galipo*
             Dale K. Galipo
             Renee V. Masongsong
             Attorney for Plaintiff

Dated: March 21, 2025    JONES & MAYER

           By: /s/ *Denise Lynch Rocawich*
             JAMES R. TOUCHSTONE
             DENISE L. ROCAWICH
             Attorneys for Defendants City of Redlands and Officer Koahou

# JOINT STATEMENT OF THE CASE

This case arises from the shooting of Justin Harper by City of Redlands Police Department Officer Nicholas Koahou on September 9, 2021. The Plaintiff in this case is Justin Harper. The Defendants are the City of Redlands and Officer Koahou. Plaintiff contends that Officer Koahou used excessive and unreasonable deadly force and was negligent in his conduct with Mr. Harper. Plaintiff seeks damages as permitted by law.

The defendants deny these claims and contend that Officer Koahou's use of force was reasonable under the circumstances and are thus not liable for damages.