UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-00695-SSS-DTBx | Date | March 21, 2025 |
|---|---|---|---|
| Title | *Justin Cody Harper v. City of Redlands et al* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER DENYING EX PARTE AND VACATING PRETRIAL AND TRIAL DATES [DKT. 60]**

Before the Court is an Ex Parte Application ("Application") filed by Plaintiff Justin Cody Harper.  [Dkt. 60].  Defendants oppose.  [Dkt. 62].  Having considered the parties' arguments, relevant legal authority, and record in this case, the Court **DENIES** Harper's Application.  [Dkt. 60].

The Court finds the issue of whether the Court possesses jurisdiction following Defendants' interlocutory appeal to be best resolved via a noticed motion.  Both this Court and Harper's counsel have another, low number trial set to begin on April 21, 2025.  [Dkt. 60 at 7 n.2].  Therefore, the trial in this case will most likely not begin on April 21, 2025.  Accordingly, there is no exigency to justify ruling on Harper's Application.  *See Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).  The Court **DIRECTS** Harper to file a regularly notice motion regarding this matter by **noon on April 4, 2025**.

Further, the Court **VACATES** the hearing on motions in limine, final pretrial conference, and trial dates.  The Court **ORDERS** parties to meet and confer regarding a new pretrial and trial schedule and cautions parties to be mindful of any significant trial continuances.  Lastly, the Court **DIRECTS** parties

to file a stipulation, that includes a proposed order, providing the Court with three options for potential trial dates to be filed by **noon on April 4, 2025**. The Word proposed order shall be provided to the Court on the same day the stipulation is filed.

    **IT IS SO ORDERED.**