Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel: (760) 243-9997
Fax: (760) 843-8155

James S. Terrell, Esq. (SBN 170409)
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850
Fax: (760) 952-1085

*Attorneys for Plaintiff*, Justin Cody Harper

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDLANDS, OFFICER KOAHOU,<br><br>Defendants. | Case No. 5:23-cv-00695-SSS-DTB<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**PLAINTIFF'S WITNESS LIST** |

-1-
PLAINTIFF'S WITNESS LIST

**TO THE HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD**:

Plaintiff hereby submits his Witness List.

DATED: March 21, 2025　　　　　　　LAW OFFICES OF DALE K. GALIPO

By: _s/ Renee V. Masongsong_
Dale K. Galipo
Renee V. Masongsong
Attorney for Plaintiff

| Witness's Name, Phone Number, & Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Byers, Bradley**<br>Redlands FD Firefighter Paramedic<br>35 Cajon St. Suite 12<br>Redlands, CA 92373<br>909-798-7600 | Mr. Byers is expected to testify as to his response and involvement related to the incident, including medical treatment he provided and/or observed being provided to Mr. Harper, the reasonableness and necessity of the medical treatment, and his observations of Mr. Harper's injuries sustained as a result of the gunshots. | 0.3 | | |

| Name & Contact | Description | Time (hrs) | | |
|---|---|---|---|---|
| **DeFoe, Scott**<br>526 21st Street<br>Huntington Beach, CA 92648<br>714-655-4280 | DeFoe is Plaintiff's police practices expert. Mr. DeFoe will provide expert opinion testimony based on the areas of expertise and opinions contained in his Rule 26(a)(2)(B) report and given at the time of his deposition. | 1.5 | | |
| **Gallo, Greg**<br>1608 Nathan Court<br>Redlands, CA 92374<br>909-844-2112 | Percipient witness to underlying incident. | 0.4 | | |
| **Garcia, Joseph**<br>8714 Wintergreen Road<br>Pinon Hills, CA 92372<br>951-712-1116 | Percipient witness to underlying incident. | 0.4 | | |
| **Ghossein, Noah, MD**<br>California Hospital Medical Center<br>1401 S Grand Ave<br>Los Angeles, CA, 90015<br>213-748-2411<br><br>Loma Linda University Faculty Medical Group<br>Troesh Medical Center<br>11234 Anderson St<br>Loma Linda, CA, 92350<br>909-558-4000<br><br>Adventist Health White Memorial<br>1720 E Cesar E Chavez Ave<br>Los Angeles, CA, 90033<br>323-268-5000 | Emergency medicine; repaired laceration(s) to Harper's finger – gunshot graze wound. | 0.4 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 2 3 | **Guerra, Corey**<br>9125 Lemon Avenue<br>Alta Loma, CA 91701<br>951-715-1118 | Percipient witness to the incident, including witnessing the shooting. | 0.4 | | |
| 4 5 6 7 | **Harper, Justin**<br>(Plaintiff) | Named plaintiff in the case; percipient witness to the incident. | 0.5 | | |
| 8 9 10 11 12 13 14 15 16 17 18 19 20 | **Huizinga, Andrew**<br>Redland FD Firefighter Paramedic<br>35 Cajon St. Suite 12<br>Redlands, CA 92373<br>909-798-7600 | Mr. Huizinga is expected to testify as to his response and involvement related to the incident, including any medical treatment he provided and/or observed being provided to Mr. Harper, the reasonableness and necessity of the medical treatment, and his observations of Mr. Harper's injuries sustained as a result of the gunshots. | 0.4 | | |
| 21 22 23 24 25 26 27 28 | ***Jepson, Benjamin J., PT**<br><br>Loma Linda University Medical Center<br>11234 Anderson Street<br>Loma Linda, CA 92354<br>877-558-6248 | Physical Therapist at LLUMC; expected to testify as his observations of Mr. Harper's injuries sustained as a result of the gunshots during this incident, treatment provided to Mr. Harper, future treatment Mr. Harper | 0.4 | | |

-4-
PLAINTIFF'S WITNESS LIST

| | | | | |
|---|---|---|---|---|
| | may need. | | | |
| **Jimenez, Addison**<br>1564 Stony Court<br>Redlands, CA 92374<br>951-834-3881 | Percipient witness to underlying incident. Provided cell phone video footage. | 0.4 | | |
| **Koahou, Nicholas**<br>(Defendant)<br>1270 W. Park Ave.<br>Redlands, CA 92373<br>909-798-7681 | Nicholas Koahou is a named defendant and was the shooting officer and percipient witness to underlying incident. | 2 | | |
| **\* Lambert, Chester R., PT**<br><br>Loma Linda University Medical Center<br>11234 Anderson Street<br>Loma Linda, CA 92354<br>Tel: 877-558-6248 | Physical Therapist at LLUMC; evaluated and performed PT with Harper post-surgery. | 0.3 | | |
| **Morrison, III Martin J., MD**<br><br>Loma Linda University Medical Center<br>11234 Anderson Street<br>Loma Linda, CA 92354<br>Tel: 877-558-6248 | Attending Physician/Surgeon at LLUMC; will testify as to observations of Mr. Harper's injuries sustained as a result of the gunshots during this incident, the medical treatment that this individual provided to Mr. Harper and observed being provided to Mr. Harper, the reasonable and | 0.4 | | |

| | | | | |
|---|---|---|---|---|
| | | necessity of the medical treatment, his understanding of any future medical care Mr. Harper may need to address his injuries sustained as a result of the gunshots. | | | |
| | **Ocampo, Natali**<br>AMR Paramedic<br>Global Medical Response<br>Law Dept<br>3501 S. Fiddlers Green, Suite 100<br>Greenwood Village, CO 80111<br>866-267-9111 | Assessed Harper at the scene and checked him for additional injuries; treated Harper in ambulance to the Emergency Room; connected Harper to portable cardiac monitor. | 0.4 | | |
| | **\* O'Rourke, K. Zimbro, Aimee, RN**<br><br>Loma Linda University Medical Center<br>11234 Anderson Street<br>Loma Linda, CA 92354<br>877-558-6248 | Nurse at LLUMC; authored emergency dept. notes and recorded vital signs as found in medical records (RPD1301-1977); will testify as to medical treatment that she provided to Mr. Harper. | 0.4 | | |

| | | | | |
|---|---|---|---|---|
| **Phipatanakul, Wesley P., MD**<br><br>Loma Linda University Medical Center<br>11234 Anderson Street<br>Loma Linda, CA 92354<br>877-558-6248 | Orthopedic Surgeon at LLUMC; primary surgeon during wound debridement and wound closure on Harper post-femur surgery by Dr. Morrison. | 0.4 | | |
| **\* Preciado, Frankie E., PT**<br>Loma Linda University Medical Center<br>11234 Anderson Street<br>Loma Linda, CA 92354<br>877-558-6248 | Physical Therapist at LLUMC; evaluated and performed PT with Harper post-surgery. | 0.4 | | |
| **Salazar, Martin Jr.**<br>1605 Nathan Court<br>Redlands, CA 92374<br>909-689-5093 | Percipient witness to the incident, including the shooting. | 0.4 | | |
| **Smith, Dustin David, MD**<br><br>Loma Linda University Medical Center<br>11234 Anderson Street<br>Loma Linda, CA 92354<br>877-558-6248 | Emergency medicine-primary care physician; will testify as to observations of Mr. Harper's injuries sustained as a result of the gunshots during this incident, the medical treatment that this individual provided to Mr. Harper and observed being provided to Mr. Harper, the reasonable and necessity of the medical treatment, | 0.4 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | his understanding of any future medical care Mr. Harper may need to address his injuries sustained as a result of the gunshots. | | | |
| | **Srikureja, Daniel P., MD**<br>Attending Trauma Physician at LLUMC<br><br>Loma Linda University Medical Center<br>11234 Anderson Street<br>Loma Linda, CA 92354<br>877-558-6248 | Acute care surgeon; evaluated Harper upon arrival at LLUMC and referred to orthopedic surgery; will testify as to observations of Mr. Harper's injuries sustained as a result of the gunshots during this incident, the medical treatment that this individual provided to Mr. Harper and observed being provided to Mr. Harper, the reasonable and necessity of the medical treatment, his understanding of any future medical care Mr. Harper may need to address his injuries sustained as a result of the gunshots. | 0.4 | | |

The (*) indicates the witness will be called only if necessary.

1  Dated: _____     _____
2                              SUNSHINE S. SYKES
3                              United States District Judge