Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel: (760) 243-9997
Fax: (760) 843-8155

James S. Terrell, Esq. (SBN 170409)
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850
Fax: (760) 952-1085

*Attorneys for Plaintiff*, Justin Cody Harper

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF REDLANDS, NICHOLAS KOAHOU,<br><br>  Defendants. | Case No. 5:23-cv-00695-SSS-DTB<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**JOINT STIPULATION PROPOSING POTENTIAL TRIAL DATES** |

COME NOW Plaintiff Justin Harper and Defendants City of Redlands and Nicholas Koahu and hereby stipulate as follows:

1. On March 27, 2025, counsel for Defendants and counsel for Plaintiff met and conferred by Zoom regarding this Court's Order at Dkt. No. 70, which directs the Parties to file a stipulation proposing three options for potential trial dates. The conference of counsel lasted approximately 20 minutes.

2. The Parties propose the following three potential trial dates: (1) September 30, 2025; (2) January 19, 2026; (3) January 26, 2026.

Notwithstanding the above, Defendants stand by their assertion that the Court lacks jurisdiction to proceed with the trial based on the pending interlocutory appeal.

IT IS SO STIPULATED.

DATED: April 4, 2025                LAW OFFICES OF DALE K. GALIPO

                                    By:      /s/ Dale K. Galipo
                                    Dale K. Galipo
                                    Renee V. Masongsong
                                    Attorney for Plaintiff


DATED: April 4, 2025                JONES MAYER LAW

                                    By:      /s/ Scott Wm. Davenport
                                    Scott Wm. Davenport
                                    Attorney for Defendants