1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JUSTIN CODY HARPER,

      Plaintiff,

    vs.

CITY OF REDLANDS, NICHOLAS KOAHOU,

      Defendants.

Case No. 5:23-cv-00695-SSS-DTB

*Assigned to*:
Hon. District Judge Sunshine S. Sykes
Hon. Mag. Judge Sheri Pym

**[PROPOSED] ORDER RE: THE PARTIES' STIPULATION PROPOSING THREE POTENTIAL TRIAL DATES**

1

## **[PROPOSED] ORDER**

2       Before the Court is the Parties' Stipulation proposing three potential trial

3 dates.  Having reviewed the Parties' Stipulation, it is hereby ordered that the trial

4 will be reset for the following date:

5

6 _____ September 30, 2025

7

8 _____ January 19, 2026

9

10 _____ January 26, 2026

11

12     IT IS SO ORDERED.

13

14     Dated: _____     _____

15                              Hon. Judge Sunshine S. Sykes
U.S. District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28