UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHOU, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.:  5:23-CV-00695-SSS (KK)<br><br>*Judge:*  Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY TRIAL BASED ON PENDING APPEAL (Dkt. 78)**<br><br>Date:　May 2, 2025<br>Time:　2:00 p.m.<br>Ctrm:　2 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Defendants CITY OF REDLANDS and OFFICER KOAHOU's motion to stay trial based on pending appeal came before the Court on regular notice at the above-stated date and time.  After consideration of the papers on file, and after arguments of counsel, the Court grants the motion.

　　**IT IS SO ORDERED.**

Dated: _____　　　_____
　　　　　　　　　　　　　　　　　　HON. SUNSHINE S. SYKES,
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
2  Respectfully Submitted:
3  James R. Touchstone, SBN 184584
   jrt@jones-mayer.com
4  Denise L. Rocawich, SBN 232792
   dlr@jones-mayer.com
5  Scott Wm. Davenport, SBN 159432
   swd@jones-mayer.com
6  JONES MAYER
   3777 North Harbor Boulevard
7  Fullerton, CA 92835
   Telephone: (714) 446-1400
8  Facsimile: (714) 446-1448

9  Attorneys for Defendants,
   CITY OF REDLANDS and OFFICER KOAHOU
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28