# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF REDLANDS, NICHOLAS KOAHOU,<br><br>　　　　Defendants. | Case No. 5:23-cv-00695-SSS-DTBx<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge Sheri Pym<br><br>**ORDER RE: THE PARTIES' STIPULATION PROPOSING THREE POTENTIAL TRIAL DATES**<br><br>**<span style="color:red">NOTE CHANGES MADE BY COURT</span>** |

# ORDER

Before the Court is the Parties' Stipulation proposing three potential trial dates. Having reviewed the Parties' Stipulation, it is hereby ordered that the pretrial and trial will be reset for the following:

| Event | New Date |
|---|---|
| Deadline to File Motions in Limine | August 8, 2025 |
| Deadline for Oppositions to Motions in Limine | August 22, 2025 |
| Trial Filings | September 5, 2025 |
| Hearing on Motions in Limine | September 12, 2025 |
| FPTC | September 19, 2025, at 1:00 p.m., in person |
| Trial | September 29, 2025, at 9:00 a.m. |

Accordingly, the hearing for parties' presently filed motions in limine are **CONTINUED** to September 12, 2025, at 2:00 p.m., in person. [Dkts. 53, 55, 56].

**IT IS SO ORDERED**.

Dated: April 9, 2025

                                              Hon. Judge Sunshine S. Sykes
U.S. District Court Judge