1 | James R. Touchstone, SBN 184584
jrt@jones-mayer.com
2 | Denise L. Rocawich, SBN 232792
dlr@jones-mayer.com
3 | Scott Wm. Davenport, SBN 159432
swd@jones-mayer.com
4 | JONES MAYER
3777 North Harbor Boulevard
5 | Fullerton, CA 92835
Telephone:  (714) 446-1400
6 | Facsimile:  (714) 446-1448

7 | Attorneys for Defendants,
CITY OF REDLANDS and OFFICER KOAHOU

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER, | Case No.:  5:23-CV-00695-SSS (KK) |
| Plaintiff, | *Judge:*  Hon. Sunshine S. Sykes |
| v. | **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY TRIAL BASED ON PENDING APPEAL** |
| CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHOU, and DOES 1 through 10, inclusive, | Date:  May 2, 2025
Time:  2:00 p.m.
Ctrm:  2 |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants CITY OF REDLANDS and OFFICER KOAHOU hereby submits this Reply in Support of their Motion to Stay Trial Based on Pending Appeal.  As set forth both in the moving papers and in this Reply, Defendants submit that the filing of the Interlocutory Appeal divested this Court of jurisdiction to proceed with the trial in this case and, accordingly, the motion to stay should be granted.

/ / /

# MEMORANDUM OF POINTS AND AUTHORITIES

## 1. A STAY SHOULD ISSUE BECAUSE THE PENDING INTERLOCUTORY APPEAL ON THE DENIAL OF QUALIFIED IMMUNITY DIVESTS THIS COURT OF JURISDICTION TO PROCEED WITH TRIAL

The parties have filed companion motions in this case representing two sides of the same coin: Defendants have asserted that the filing of the Interlocutory Appeal divests this Court of jurisdiction to proceed with trial; and Plaintiff has asserted that the Interlocutory Appeal is frivolous.

With respect to the Motion to Stay, Plaintiff does not appear to dispute that *generally* the filing of a notice of appeal would divest this Court of jurisdiction. See *Griggs v. Provident Consumer,* 459 U.S. 56, 58 (1982) (per curiam); *United States v. Clairborne,* 727 F.2d 842, 850 (9th Cir. 1984); Nelson, Goelz & Watts, Fed. Ninth Cir. Civ. App. Prac. (The Rutter Group 2022) ("*9th Cir. Rutter Guide*") § 3:406. Instead, Plaintiff merely reiterates its position that no stay is warranted because he believes the appeal to be frivolous.

Since Plaintiff has not advanced any arguments in addition to those already contained in the companion motion, there is nothing new to add by virtue of reply which has not already been discussed by the parties in the companion motion.

## 2. CONCLUSION

Accordingly, because this Court has been divested of jurisdiction by virtue of the filing of the interlocutory appeal, and because Plaintiff has failed to carry his extremely high burden of demonstrating Defendants' appeal of purely legal issues is frivolous, Defendants respectfully request that the trial be stayed pending the outcome of the Ninth Circuit's ruling on the pending qualified immunity appeal. See *Griggs v. Provident Consumer,* 459 U.S. at 58; *United States v. Clairborne,* 727 F.2d at 850; (9th Cir. 1984); *9th Cir. Rutter Guide* § 3:406. Such a ruling is necessary to preserve the *status quo ante* and to ensure that the Ninth Circuit is not

1  deprived of its proper appellate jurisdiction by engaging in action which would
2  render the appeal moot.

3  Dated: April 16, 2025              JONES MAYER

                                    */s/ Scott Wm. Davenport*
                                  By: _____
                                     JAMES R. TOUCHSTONE
                                     DENISE L. ROCAWICH
                                     SCOTT WM. DAVENPORT

                                  Attorneys for Defendants,
                                  CITY OF REDLANDS and OFFICER
                                  KOAHOU

# **CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for CITY OF REDLANDS and OFFICER KOAHOU, certifies that this brief contains 593 words, which complies with the word limit of Local Rule 11-6.1.

Dated: April 16, 2025          JONES MAYER

*/s/ Scott Wm. Davenport*

By: _____
SCOTT WM. DAVENPORT

Attorneys for Defendants,
CITY OF REDLANDS and OFFICER KOAHOU