**(STAY / JS6 Admin)**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-00695-SSS-DTBx | Date | May 2, 2025 |
| Title | *Justin Cody Harper v. City of Redlands et al* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| Irene Vazquez | RS-CS-2 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Renee V. Masongsong | Scott W. Davenport |

**Proceedings:** **ZOOM HEARING RE: PLAINTIFF'S MOTION FOR AN ORDER CERTIFYING DEFENDANTS' APPEAL AS FRIVOLOUS AND RETAINING JURISDICTION [75] & DEFENDANTS' MOTION TO STAY TRIAL BASED ON PENDING APPEAL [78]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court **ORDERS** as follows:

1. Plaintiff's motion (Dkt. 75) is **DENIED**;

2. Defendants' motion (Dkt. 78) is **GRANTED**;

3. This case shall be **STAYED** pending appeal. A notice shall be filed with this Court within 30 days from the date of the 9th Circuit's ruling; and

4. The Clerk is **DIRECTED** to close the case administratively.

**IT IS SO ORDERED.**

Time: 00:35
Initials of Preparer: iv