```
                                                              FILED
           UNITED STATES COURT OF APPEALS
                                                              JUL 14 2025
                FOR THE NINTH CIRCUIT
                                                           MOLLY C. DWYER, CLERK
                                                            U.S. COURT OF APPEALS
```

| JUSTIN CODY HARPER, | No. 25-1780 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 5:23-cv-00695-SSS-DTB Central District of California, Riverside |
| v. | |
| CITY OF REDLANDS; et al., | ORDER |
| Defendants - Appellants. | |

The Clerk is directed to temporarily close this court's docket for administrative purposes until September 12, 2025. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order. At any time, any party may request that this appeal be reopened.

Counsel for all parties shall provide a status report by email to the Circuit Mediator (Steven_Saltiel@ca9.uscourts.gov), copied to all counsel, by September 5, 2025. Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

The briefing schedule previously set by the court is vacated.

FOR THE COURT:

By: Steven Saltiel
Circuit Mediator