**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

*Attorneys for Plaintiff*, Justin Cody Harper

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CODY HARPER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, POLICE OFFICER KOAHU, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 5:23-cv-00695-SSS-DTB<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION FOR DISMISSAL** |

**TO THIS HONORABLE COURT:**

COME NOW Plaintiff Justin Harper and Defendants City of Redlands and Nicholas Koahu ("the Parties"), by and through their respective attorneys of record, and hereby notify this Court that the Parties have reached a full and final settlement of the entire action. Therefore, it is hereby stipulated between the Parties, by and through their attorneys, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

DATED: October 10, 2025          LAW OFFICES OF DALE K. GALIPO

By: _____/s/ Dale K. Galipo_____
Dale K. Galipo
Renee V. Masongsong
Attorney for Plaintiff

DATED: October 10, 2025          JONES MAYER LAW

By: _____/s/ Scott Wm. Davenport_____
Scott Wm. Davenport
Attorney for Defendants