| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 14 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JUSTIN CODY HARPER,

    Plaintiff - Appellee,

 v.

CITY OF REDLANDS; et al.,

    Defendants - Appellants.

No. 25-1780

D.C. No. 5:23-cv-00695-SSS-DTB
Central District of California, Riverside

ORDER

This appeal was administratively closed. The appeal is reopened.

Pursuant to the stipulation of the parties (Docket Entry No. 11), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven Saltiel
Circuit Mediator